UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ARTHUR BRACKEN,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM L. MUNIZ,<br><br>Defendant. | No. 2:17-cv-2341-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.[1] He asserts claims arising out of events that occurred at Salinas Valley State Prison in Soledad, California.

The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

---

[1] He has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

1

In this case, the defendants are located in and the claims arose in Monterey County. Because Monterey County lies within the venue of the Northern District of California, venue properly lies in that district. For the convenience of the parties and witnesses and in the interests of justice, this case will be transferred to the Northern District of California. *See* 28 U.S.C. § 1391(b); 28 U.S.C. § 84(a).

Accordingly, IT IS HEREBY ORDERED that this case is transferred to the Northern District of California. *See* 28 U.S.C. § 1404(a).

Dated: November 13, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE